DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IFTACH MICHAELI HOLDINGS,**
Appellant,

v.

**YUVAL FALDON** and **SASHA FALDON,**
Appellees.

No. 4D21-123

[April 29, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Phoebee Francois, Judge; L.T. Case Nos. CACE 19-018804 and COWE 18-009190.

Aaron R. Cohen of Conde & Cohen, P.L., Fort Lauderdale, for appellant.

Jerome R. Schechter of Jerome R. Schechter, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***